CAROLINE F. HOGG, Appellant, *v.* AMELIA T. LINDRIDGE et al., Respondents, Impleaded with Others.

*Hogg* v. *Lindridge*, 151 App. Div. 885, affirmed.
(Argued November 20, 1912; decided December 10, 1912.)

APPEAL from a final judgment, entered June 26, 1912, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment sustaining demurrers to the complaint in an action by a widow to have certain provisions of her deceased husband's will declared void and to have it adjudged that she be entitled to the same interest in his estate as if he had died intestate.

*William G. Cooke, Howard Chipp* and *Howard O. Wood* for appellant.

*Henry W. Simpson, William A. W. Stewart* and *George L. Shearer* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.